IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILENA
    Plaintiff,

vs.                                            Case No.: 5:12cv289/RS/CJK

LITTLE, et al.,
    Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint on September 4, 2012 under U.S.C. § 1983. (Doc. 1). On September 10, 2012, this court entered an order directing plaintiff to file an amended civil rights complaint and an *in forma* pauperis application, or pay the $350.00 filing fee, within thirty days. (Doc. 3).

After receiving no response from plaintiff, on October 29, 2012, an order was issued requiring plaintiff to show cause, within fourteen days, why this case should not be dismissed. (Doc. 4). To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1.  That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2.  That the clerk be directed to close the file.

DONE AND ORDERED this 20th day of December, 2012.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).