IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FERNANDO VILLENA,**

    **Plaintiff,**

**v.**          **CASE NO. 5:12-cv-289-RS-CJK**

**LITTLE, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with orders of the court.

3. The clerk is directed to close the file.

**ORDERED** on January 24, 2013.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**